

```
FILED & JUDGMENT ENTERED
     David E. Weich

        Oct 04 2007

   Clerk, U.S. Bankruptcy Court
  Western District of North Carolina
```

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Wilkesboro Division

IN RE:

RONNIE WAYNE HAMBY
KARIN DENISE HAMBY

SSN#: XXX-XX-7759
SSN#: XXX-XX-1297

Chapter 13

CASE NO:   07-50020

Related Document # : 35

## ORDER

ON 09/06/2007, AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON:

Objection to Claim Of GE Money Bank/Iron Horse Texas Chopper in the amount of $21,931.14

**AND, THIS COURT FINDS** that:
( ) Debtors consent to relief from stay with respect to property upon which claimant holds a lien.
( ) Relief from stay has been granted with respect to property upon which claimant holds a lien.
( ) The proof of claim was not timely filed as required by applicable law.
( ) Claim is a duplicate of a claim previously filed.
(X) Claimant has provided no proof of perfected security interest in property alleged to constitute security for claim. Claim should be treated as a general unsecured claim.

( ) _____

**IT IS, THEREFORE, ORDERED** that:

( ) Claimant is allowed 120 days to file claim for deficiency.

**(XX) OBJECTION is SUSTAINED.**

( ) _____

### CERTIFICATE OF SERVICE
Registered users of CM/ECF were served electronically, and all other parties were served by United States first class mail, postage prepaid on 10/2/2007.

K. Stevenson
Office of the Chapter 13 Trustee

GE MONEY BANK/IRON HORSE TEXAS CHOPPER, PO BOX 530912, ATLANTA, GA 30353
RONNIE WAYNE HAMBY AND KARIN DENISE HAMBY, 1479 HERITAGE FARM RD, HICKORY, NC 28601

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT JUDGE